

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-08-00009-CV
_____

WM SPECIALTY MORTGAGE, L.L.C., AMC MORTGAGE SERVICES, INC.
AND AMERIQUEST MORTGAGE COMPANY, Appellants

V.

RICKEY JOE PRESTON AND JUDY G. PRESTON, Appellees

On Appeal from the 294th Judicial District Court
Van Zandt County, Texas
Trial Court No. 05-00396

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

This is an appeal by WM Specialty Mortgage, L.L.C., AMC Mortgage Services, Inc., and Ameriquest Mortgage Company from a summary judgment. On our initial review of the clerk's record, received January 25, 2008, this Court noted that the judgment from which the appeal was brought did not dispose of all issues and all parties. On January 28, we mailed a letter to the appellants requesting that they show this Court how we had jurisdiction over the appeal.

We have now received a "Notice Regarding Want of Jurisdiction" from the appellants, stating that, after their review of the trial court's record, all parties and all claims have not been disposed of by the judgment.

The general rule is that a final and appealable judgment must determine the entire controversy, disposing of all the parties and issues in a case. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Accordingly, because the judgment of the trial court does not dispose of all parties and all issues, and is therefore nonappealable, we dismiss the appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     February 11, 2008
Date Decided:       February 12, 2008

2